FILED IN THE ALASKA TRIAL COURTS ON 8/1/2024

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

Laura J. Eakes
WALKER & EAKES LLC
329 F Street, Suite 200
Anchorage, AK 99501
Tel: 907-272-9255
Fax: 907-272-9256
laura@walkereakes.com

**IN THE SUPERIOR COURT FOR THE STATE OF ALASKA**
**FIRST JUDICIAL DISTRICT AT KETCHIKAN**

| | |
|---|---|
| RUEL B. POBLETE,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. D/B/A WALMART STORE NO 2710<br><br>Defendant. | 1KE-24-00237CI<br>~~Case No. 1KE-24 ________ CI~~ |

## COMPLAINT

COMES NOW, RUEL B. POBLETE, by and through counsel, Walker & Eakes, LLC and hereby files suit against Walmart Inc., dba Walmart Store No. 2710, alleging as follows:

1. Plaintiff, at all times mentioned herein, was and is a resident of Ketchikan, Alaska.

2. Defendant is a corporation in good standing with its principal place of business in Bentonville, Arkansas at 702 SW 8th St., Bentonville AR 72716.

3. Defendant owns and operates Walmart Store No. 2710 at Ketchikan, Alaska.

4. Service will be made through its registered agent CT Corporation System, 8585 Old Dairy Road, Suite 208, Juneau AK 99801.

5. On or about September 26, 2022, Defendant was engaged in the sale of goods as Walmart Store No. 2710 in Ketchikan, Alaska.

6. On or about September 26, 2022, Defendant was owner and/or occupier of the store located at 4230 Don King Rd, Ketchikan, AK 99901.

7. The incident described below occurred in Ketchikan, Alaska at the defendant's store and as a result venue properly lies with this court.

8. Jurisdiction properly lies with this court.

9. On or about the afternoon of September 26, 2022 plaintiff and two of his children were shopping at a Walmart store, located at 4230 Don King Rd in Ketchikan, Alaska, when a Walmart employee pulling a dolly with two unsecured gun safes maneuvered the dolly too quickly, resulting in one of the gun safes falling onto the plaintiff's left foot.

10. Defendant owed a duty of care to patrons to keep and maintain the premises in such a manner as to provide an establishment free of unnecessary hazards.

11. Walmart's employee maneuvered the equipment in a manner that created an unreasonably dangerous risk to patrons such as the plaintiff.

12. On the occasion in question defendant and its employees were negligent in the following ways:

a. Carelessness and negligence in the maintenance of its premises,

b. Negligent operation of its property,

c. Failure to adequately train and supervise employees,

13. The incident described herein was solely due to the acts and omissions of the defendant and its employees, without any comparative negligence whatsoever by the plaintiff.

14. As a direct and proximate result of the incident described above, plaintiff was caused to sustain severe and permanent injury, caused to incurred medical bills and expenses, and has been caused to endure pain and suffering.

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

15. As a direct and proximate result of the negligence of the defendant, plaintiff has sustained damages and will continue to sustain damages in the future, including but not limited to the following:

a. Physical injury;

b. Pain and suffering;

c. Medical expenses;

d. Loss of earnings and;

e. Such other damages as maybe shown at trial.

16. The plaintiff was injured and damaged in an amount to be determined by a jury but believed to be in excess of $100,000.

**PRAYER FOR RELIEF**

WHEREFORE, the plaintiff prays for judgment against the defendant as follows:

1. For general damages including, but not limited to, pain and suffering and mental anguish from the past and in the future.

2. For all past and future medical and incidental expenses according to proof.

3. For all lost wages, past and future according to proof.

4. For cost of suit herein incurred.

5. That this case be tried by a jury.

6. For any and all other damages and relief to which plaintiff is entitled under the laws of the State of Alaska.

//

//

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

RESPECTFULLY submitted on this 1st day of August, 2024.

WALKER & EAKES, LLC
Attorney for Plaintiff
RUEL B. POBLETE

By: *s/Laura J. Eakes*
Laura J. Eakes
Alaska Bar No. 0011072

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256



Case 5:24-cv-00001-HRH Document 1-1 Filed 08/21/24 Page 4 of 4